

# NUMBER 13-13-00011-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE GONZALES III,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 105th District Court
### of Nueces County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This cause is before the Court on appellant's pro se "Motion to Hold Appeal in Abeyance Pending Disposition of Appeal Attorney or Court Allowing Appellant to File Pro Se." Appellant's counsel filed an *Anders* brief in this cause. *See Anders v. California*, 386 U.S. 738 (1967); *Bledsoe v. State*, 178 S.W.3d 824, 825 (Tex. Crim. App. 2005).

Pro se appellant's brief is currently due on October 4, 2013, but appellant asserts that he has not been provided with the opportunity to review the record of this cause. The Court, having examined and fully considered appellant's motion, is of the opinion that it should be granted in part and denied in part. The motion is GRANTED insofar as it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before the expiration of twenty-one days from the date of this order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The motion is DENIED in all other respects.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of October, 2013.